**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| SANDRA DELORIS TOWNSEND | ) | BANKRUPTCY CASE NUMBER 09-12673 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on July 20, 2011, and issued checks as proposed in said proposed distribution.

3. That Check #105 issued to Spirit of America National Bank/Lane Bryant, First Express, PO Box 856132, Louisville, KY 40285-6132 on August 11, 2011 in the amount of $18.85 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$18.85** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

  /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of August, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Spirit of America National Bank/Lane Bryant, First Express, PO Box 856132, Louisville, KY 40285-6132.

                                        ____/s/ Yvette Gaff Kleven_____
                                        Yvette Gaff Kleven